CROCKER–WHEELER CO., Appellant, v. GENESEE RECREATION CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by the Crocker-Wheeler Company against the Genesee Recreation Company. No opinion. Motion for reargument (of 160 App. Div. 373, 145 N. Y. Supp. 477) granted; reargument to be heard on the 11th day of March, 1914.

CROTTY, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Michael Crotty against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 153 App. Div. 902, 137 N. Y. Supp. 1102.

CROWE, Respondent, v. MATTES, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Appeal from Special Term, New York County. Action by James J. Crowe against William F. Mattes. From an order denying a motion to vacate an order for examination of defendant before trial, defendant appeals. Reversed, and motion granted in part. Louis V. Ebert, of New York City, for appellant. Lloyd M. Howell, of New York City, for respondent.

PER CURIAM. Order appealed from reversed, and motion granted, to the extent that defendant's examination will be limited to the question whether or not the purchaser, Skaake, claimed to have been produced by plaintiff, was presented to the defendant by said plaintiff, and the question as to the price at which defendant sold and conveyed his café and saloon business to said Skaake, without costs to either party.

CUCCIO v. NASSAU ELECTRIC R. CO. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Guiseppe Cuccio against the Nassau Electric Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CURTIN, Appellant, v. HEALY, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by John Curtin against Thomas Healy. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 144 N. Y. Supp. 1111.

DALY, Respondent, v. WHITRIDGE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1914.) Action by Peter F. Daly against Frederick W. Whitridge, as receiver, and another. B. H. Ames, of New York City, for appellants. T. H. Lord, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DARCEY, Appellant, v. DARCEY, Respondent. (Supreme Court, Appellate Division, Second Department. March 27, 1914.) Action by Mary L. Darcey against Dennis J. Darcey.

PER CURIAM. The writing of October 4, 1906, being not payable on a day certain, and upon a contingency not inevitable, is invalid as a promissory note. The agreement that it represents, being one to release and surrender dower rights to the husband, is against public policy and the laws of the state. On both causes of action, the complaint, as amended, was insufficient. The order and judgment are affirmed, with costs.

In re DARLING. (Supreme Court, Appellate Division, First Department. February 27, 1914.) In the matter of Joseph F. Darling. No opinion. Referred to official referee. Settle order on notice.

DAVIDSON et al. v. HOWELL. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by John H. Davidson and another against Grace H. Howell. No opinion. Motion denied, with $10 costs. See, also, 145 N. Y. Supp. 1119.

DAVIS, Respondent, v. HIGGINSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Nathan W. Davis against William Higginson. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

DEAN, Respondent, v. GENESEE VALLEY TRUST CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Fred J. Dean against the Genesee Valley Trust Company, as executor, etc., of Sarah A. Bygrave, deceased.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is contrary to and against the weight of the evidence.

FOOTE, J., not sitting.

DECKER, Appellant, v. HARRISON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Gertrude Lewis Decker against Henry Harrison and another, the latter as trustee, etc. No opinion. Judgment affirmed, with costs.

DEICHES, Respondent, v. WESTERN DEVELOPMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Maurice Deiches, as receiver, etc., against the Western Development Company. F. Bien, of New York City, for appellant. G. M. Mackellar, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 158 App. Div. 926, 143 N. Y. Supp. 1113.